**In re Michael HARDY, Petitioner.**

**No. 15–1584.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 29, 2016.

Decided: March 8, 2016.

Michael Hardy, Petitioner Pro Se.

Before WILKINSON and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hardy petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. In light of the district court's recent action directing an evidentiary hearing on Hardy's § 2255 motion, we find no undue delay. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*